IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-293-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1.**  **LISA MARIE WARNER,**

    Defendant.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

Judge John L. Kane **ORDERS**

  This matter is before the court on Defendant's Notice of Disposition and Motion Requesting Change of Plea Hearing (doc. #20), filed August 28, 2008. The Motion is **GRANTED**. It is

  **ORDERED** that a **Change of Plea Hearing** is set for **October 14, 2008 at 1:30 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on October 10, 2008. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing. It is

  **FURTHER ORDERED** that the 5-day jury trial set for **September 15, 2008** is **VACATED.** The Motions Hearing/Final Trial Preparation Conference set for **September 3, 2008** is likewise **VACATED**.

---

Dated:  August 28, 2008